David C. Marcus
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5300 phone
213-443-5400 fax

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anastasio Garcia Rodriguez, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>Sony Pictures Entertainment Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-00014-RGK-SH<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lee, William F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-526-6000                          617-526-5000
*Telephone Number*               *Fax Number*
william.lee@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Sony Pictures Entertainment Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff*     ✔ *Defendant*     ☐ *Other:*

**and designating as Local Counsel**

Marcus, David C.
*Designee's Name (Last Name, First Name & Middle Initial)*

158704                                       213-443-5300
*Designee's Cal. Bar Number*      *Telephone Number*

                                              213-443-5400
                                              *Fax Number*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Firm Name & Address*

david.marcus@wilmerhale.com
*E-Mail Address*

**hereby ORDERS the Application be:**

   **X  GRANTED**.
   ☐  **DENIED.  Fee shall be returned by the Clerk.**
   ☐  **DENIED.  For failure to pay the required fee.**

**Dated  January 29, 2015**

**U.S. District Judge/~~U.S. Magistrate Judge~~**