1  PETER RUKIN (SBN 178336)
   prukin@rhdtlaw.com
2  STEVEN M. TINDALL (SBN 187862)
   stindall@rhdtlaw.com
3  VALERIE BRENDER (SBN 298224)
   vbrender@rhdtlaw.com
4  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 2150
5  San Francisco, CA 94111
   Telephone:  (415) 421-1800
6  Facsimile:   (415) 421-1700

7  *Attorneys for Plaintiff*

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ANASTASIO GARCIA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>SONY PICTURES ENTERTAINMENT, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. 2:15-CV00014-RGK-SH<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Peter Rukin of Rukin Hyland Doria and Tindall LLP is now appearing as counsel of record for Plaintiff Anastasio Garcia Rodriguez, and requests to be electronically added to the Court's service list as follows:

> PETER RUKIN (SBN 178336)
> RUKIN HYLAND DORIA & TINDALL LLP
> 100 Pine Street, Suite 2150
> San Francisco, California 94111
> Telephone: (415) 421-1800
> Facsimile: (415) 421-1700
> E-mail: prukin@rhdtlaw.com

Dated: February 11, 2015         RUKIN, HYLAND DORIA & TINDALL LLP


By: /s/ Peter Rukin
Peter Rukin
*Attorney for Plaintiff*