UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-09600-RGK (SHx)<br>CV 14-09646-RGK (SHx)<br>CV 14-09687-RGK (SHx)<br>CV 14-09755-RGK (SHx)<br>CV 14-09762-RGK (SHx)<br>CV 15-00014-RGK (SHx)<br>CV 15-00111-RGK (SHx) | Date | February 17, 2015 |
|---|---|---|---|
| Title | Michael Corona, et al. v. Sony Pictures Entertainment, Inc.<br>Joshua Forster, et al. v. Sony Pictures Entertainment, Inc.<br>Michael Levine, et al. v. Sony Pictures Entertainment, Inc.<br>Marcela Bailey v. Sony Pictures Entertainment, Inc.<br>Steven Shapiro v. Sony Pictures Entertainment, Inc.<br>Anastasio Garcia Rodriguez v. Sony Pictures Entertainment, Inc.<br>Lawon Exum v. Sony Pictures Entertainment, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lynn Sarko; Gretchen Cappio; Daniel Girard; Michael Sobol; Jordan Lurie; Raul Perez; Deborah Dixon; Peter Rukin and Valerie Brender | William Lee; Christopher Casamassima; Noah Levine |

**Proceedings:**    STATUS CONFERENCE

Case called. Court and counsel confer regarding motion to consolidate actions or filing of an amended complaint to include all parties. Counsel shall file an amended complaint on or before March 2, 2015. Defendants shall have 21 days to file a responsive pleading. The Rule 23g deadline for filing a class certification motion shall be filed within 90 days of the date the amended complaint is filed.

Court and counsel confer regarding the appointment of interim co-lead counsel [31]. The Court takes the matter under submission.

**IT IS SO ORDERED.**

_____ : 17

Initials of Preparer    slw